DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**K.C.,** a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-0297

[August 3, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stacy Ross, Judge; L.T. Case No. 16-003825DLA.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER, JJ., and SMALL, LISA, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***